**Electronically Filed
Supreme Court
SCWC-21-0000531
17-NOV-2023
08:17 AM
Dkt. 10 ODSAC**

SCWC-21-0000531

IN THE SUPREME COURT OF THE STATE OF HAWAI'I
_____

WALTER N. GUITY, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.
_____

CERTIORARI FROM THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000531; CIVIL NO. 1CCV-21-0000629)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Circuit Judge Cataldo and Circuit Judge Malinao,
by reason of vacancies)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawai'i Revised Statutes § 602-59(a) (2017); see also Hawai'i Rules of Appellate Procedure ("HRAP") Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner's application for writ of certiorari, filed November 13, 2023, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2017) ("The application shall be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this Rule.").

IT IS FURTHER ORDERED that any application for writ of certiorari filed shall comply with the content requirements contained in HRAP Rule 40.1(d).

DATED:  Honolulu, Hawaiʻi, November 17, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa W. Cataldo

/s/ Clarissa Y. Malinao

